**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TABASUM AKRAM AND**
**MUHAMMED AKRAM KHAN,**

                  **Plaintiffs,**

v.                                      Case No.: 6:17-cv-179-Orl-40-GJK

**THE ASSOCIATION LAW FIRM, PLLC,**

                  **Defendant.**
_____/

**NOTICE OF SETTLEMENT AND JOINT MOTION REQUIRING COMPLIANCE WITH**
**THE SETTLEMENT AGREEMENT AND FOR DISMISSAL OF CASE**
**SUBJECT TO RETAINING JURISDICTION**
**<u>FOR ENFORCEMENT OF SETTLEMENT AGREEMENT</u>**

    The Parties, having reached a mediated settlement agreement on September 13, 2017 resolving this matter, and pursuant to Local Rule 3.08, R. 41(a)(2)[1] and applicable law, hereby give notice of settlement and further respectfully request this Court to issue its order requiring compliance with the mediated settlement agreement and dismiss this case subject to this Court retaining jurisdiction to enforce said agreement as requested herein. As grounds, the Parties would state:

    1.    At a mediation held on September 13, 2017, the Parties entered into a confidential settlement agreement.[2]

    2.    The Parties pray for this Court to issue an order requiring compliance with the subject settlement agreement and dismissing this case subject to the right of any party to move the Court within 120 days thereafter for the purpose of enforcing the terms of the mediated settlement

---

[1] Of the Federal Rules of Civil Procedure
[2] The document is titled "Full Mediated Agreement."

2

agreement.

3.  The case of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 380 (1994) authorizes the court to retain jurisdiction over a settlement contract if the parties agree. This allows the Court to "protect its proceedings and vindicate its authority" if necessary. Additionally, *Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272, 1278, 1280 (11th Cir. 2012) allows a district court to retain jurisdiction to enforce a settlement agreement if the parties consent and the court issues an order requiring compliance with the settlement agreement.

4.  The Parties request that the Court dismiss the lawsuit without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, but condition this request of the Court's agreement to enter an order retaining jurisdiction for 120 days to enforce the mediated settlement agreement as authorized by *Anago Franchising, Inc.*

Wherefore, the Parties pray for the requested relief.

| /s/ David M. Chico | /s/Alan B. Taylor |
|---|---|
| David M. Chico, Esquire. | Alan B. Taylor, Esquire. |
| FL. Bar No. 0010318 | FL. Bar No. 833932 |
| DAVID CHICO LAW GROUP | Alan B. Taylor & Associates 5728 Major |
| 607 Celebration Ave., | Boulevard, Ste. 700 |
| Celebration, FL 34747 | Orlando, FL 32819 |
| Phone: 407-933-7703 | Phone: 407-992-8740 |
| Fax: 407-933-7713 | Fax: 407-650-2811 |
| Email: david@davidchicolaw.com | Email: ataylororlando@gmail.com |
| Trial Counsel for Plaintiffs | Trial Counsel for Defendant |